UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELMAR JOHNSON, )<br>)<br>Defendant. ) | NO. 2:21 CR 00037-PPS/JPK |

## ORDER

This matter is before me on the findings and recommendation of Magistrate Judge Joshua P. Kolar relating to defendant Delmar Johnson's decision to enter a plea of guilty to Count 2 of the indictment pursuant to Rule 11 of the Federal Rules of Criminal Procedure.  [DE 36, 43.]  Following a hearing held on the record on January 20, 2022 [DE 43], Judge Kolar found that defendant understands the charge, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his decision to enter a plea of guilty to Count 2 of the indictment charging him with making a false statement with respect to information required by law to be kept in the records of a federally licensed firearms dealer, in violation of 18 U.S.C. § 922(a)(1)(A). Judge Kolar recommends that the Court accept defendant's plea of guilty and proceed to impose sentence.  Neither party has filed a timely objection to Judge Kolar's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Delmar Johnson's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 43] in their entirety.

Defendant Delmar Johnson is adjudged GUILTY of Count 2 of the indictment.

The sentencing hearing is SET for May 6, 2022, at 10:00 a.m. Hammond/Central time.

ENTERED: February 7, 2022.

                                        /s/   Philip P. Simon
                                        PHILIP P. SIMON, JUDGE
                                        UNITED STATES DISTRICT COURT